# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-20-1001**
Christopher Daryl Upshaw v. State of Alabama. (Appeal from Montgomery Circuit Court: CC-18-1421.60 and CC-18-1422.60)

## NOTICE

You are hereby notified that on January 5, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk